UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>    Plaintiff,<br><br>v.<br><br>REISENHOOVER, et al.,<br><br>    Defendants. | Case No. 17-cv-00326-NJV (JD)<br><br>**ORDER** |

Plaintiff, a state prisoner, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. The case was dismissed and closed after plaintiff's motion to proceed in forma pauperis ("IFP") was denied and he failed to pay the filing fee. The case was previously assigned to Magistrate Judge Vadas who has retired and the undersigned received plaintiff's motion as general duty judge. Plaintiff seeks an extension of time to amend his appeal and to vacate the order dismissing the case because the case was dismissed by a Magistrate Judge who did not have full consent of the parties under *Williams v. King*, 875 F.3d 500 (9th Cir. 2017). It is hereby ordered that:

1. This case is **REOPENED**.

2. Plaintiff may file additional objections and briefing within **fourteen (14) days** explaining why the Magistrate Judge's Order was erroneous.

3. The Clerk shall randomly **REASSIGN** this case to a District Judge.

**IT IS SO ORDERED.**

Dated: January 17, 2018

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,

v.

REISENHOOVER, et al.,

    Defendants.

Case No. 17-cv-00326-NJV (JD)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Glenn Hollis ID: E-37508
CSP - Los Angeles County Facility D, Building 3, Bed 140
P.O. Box 8457
Lancaster, CA 93539

Dated: January 17, 2018

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO