United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br>Plaintiff,<br>v.<br>NURSE RISENHOOVER, et al.,<br>Defendants. | Case No. 17-00326 BLF (PR)<br>**ORDER REQUESTING MORE INFORMATION FOR DEFENDANT MCCALL FROM THE OFFICE OF LEGAL AFFAIRS** |

Plaintiff, a California inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against medical officials at Pelican Bay State Prison ("PBSP"). On July 27, 2018, the Court issued an order of service directing the Clerk to mail a Notice of Lawsuit and Request for Waiver of Service of Summons, and Waiver of Service of Summons to Defendants. (Docket No. 53.) On September 12, 2018, the Office of Legal Affairs of the California Department of Corrections and Rehabilitation, ("CDCR"), filed a letter with the Court indicating that Defendant McCall was "not currently employed with the Department" and therefore it was "not authorized to receive documents on behalf of the party." (Docket No. 60.) On October 19, 2018, the Court issued an order directing Plaintiff to provide more information for Defendant McCall. (Docket No. 61.) Plaintiff has filed a notice of information regarding Defendant McCall.

(Docket No. 64.) Plaintiff provides that Defendant McCall's first name is Mariposa, and that Defendant McCall provided PBSP inmates telemedicine/video mental health treatment services. (*Id.*)

Given the information provided by Plaintiff, and in the interest of justice, the Court requests the **CDCR Office of Legal Affairs** to provide the Court with any information regarding the whereabouts of Defendant McCall. The Court requests notice confirming that **Mariposa McCall** was an employee of CDCR, and if so, any forwarding information available. If Mariposa McCall was not an employee of CDCR but rather a contract employee, the Court requests the contracting agency's name and contact information. The Court requests the Office of Legal Affairs to file notification **within twenty (28) days** from the date this order is filed.

**IT IS SO ORDERED.**

Dated: Nov 26, 2018

BETH LABSON FREEMAN
United States District Judge

Order Req. More Info. Re Def. McCall
PRO-SE\BLF\CR.17\00326Hollis_moreinfo-req

2