UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>Plaintiff,<br><br>v.<br><br>RISENHOOVER, et al.,<br><br>Defendants. | Case No. 17-00326 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A SUMMARY JUDGMENT MOTION; GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**<br><br>(Docket No. 102) |

Plaintiff, a California state prisoner, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against medical personnel at Pelican Bay State Prison ("PBSP"), where Plaintiff was formerly housed. The Court found the complaint stated a cognizable Eighth Amendment claim for deliberate indifference to serious medical needs and directed Defendants to file a motion for summary judgment or other dispositive motion which they did. (Docket Nos. 53, 76.) The Court granted Defendants Risenhoover and Adam's summary judgment motion and dismissed the Eighth Amendment claim against them. (Docket No. 99.) However, Defendants McCall and Afdahl were directed to file a renewed summary judgment motion. (*Id.*)

Defendants McCall and Afdahl have filed a motion for an extension of time to file a summary judgment motion, supported by a declaration from counsel. (Docket No. 102,

102-1.) Good cause appearing, Defendants' motion is **GRANTED**. Defendants shall file a motion for summary judgment **no later than October 1, 2019**. Plaintiff's opposition shall be filed with the Court and served on Defendants on later than twenty-eight (28 days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed.

Plaintiff has filed a motion to alter or amend the judgment with respect to the Court's granting of Defendants Risenhoover and Adam's summary judgment motion. (Docket No. 100.) Defendants also move for an extension of time to file an opposition to this motion. Good cause appearing, the motion is GRANTED. Defendants' opposition shall also be filed **no later than October 1, 2019.** Plaintiff's reply shall be filed **no later than fourteen (14) days** from the date Defendants' opposition is filed.

This order terminates Docket No. 102.

**IT IS SO ORDERED.**

Dated: August 26, 2019

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for Ext. of Time
PRO-SE\HRL\CR.17\00326Hollis_eot-msj&opp