UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS, <br>     Plaintiff, <br> v. <br> RISENHOOVER, et al., <br>     Defendants. | Case No. 17-00326 BLF (PR) <br><br> **JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motions for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated:  __June 18, 2020_____**

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\00326Hollis_judgment